**FILED**
February 17, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____NM_____
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **JESUS SALAZAR ACOSTA,** § <br> **A# 246 715 175,** § <br>  § <br> Petitioner, § <br>  § <br> v. § <br>  § <br> **ICE, ET AL.,** § <br>  § <br> Respondents. § | **NO. SA-26-CV-00874-OLG** |

## ORDER FOR SERVICE

Before the Court is the 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus (Dkt. No. 1) filed by *pro se* Petitioner Jesus Salazar Acosta, who is currently detained at the Karnes County Immigration Processing Center in Karnes City, Texas, located in the Western District of Texas.

Upon review, it is **ORDERED** that the Clerk of Court shall send copies of the Petition (Dkt. No. 1) and this Order by certified mail, return receipt requested, to the Office of the United States Attorney at the following address:

> **Mary F. Kruger**
> **United States Attorney's Office**
> **Chief, Civil Division**
> **601 NW Loop 410, Suite 600**
> **San Antonio, TX 78216**

Delivery by certified mail, return receipt requested, of those documents shall constitute sufficient service of process upon the federal Respondents.

It is further **ORDERED** that the Clerk of Court shall serve Respondent Warden, Karnes County Immigration Processing Center, with copies of the Petition (Dkt. No. 1) and this Order by certified mail, return receipt requested, at the following address:

**Warden**
**Karnes County Immigration Processing Center**
**409 FM 1144**
**Karnes City, TX 78118**

Delivery by certified mail, return receipt requested, of those documents shall constitute sufficient service of process.

    It is further **ORDERED** that:

1. Respondents must file a response to the Petition (Dkt. No. 1) **within 10 days** after service. *See* 28 U.S.C. § 2243. Respondents may, in lieu of a response, file a motion requesting additional time of up to 20 days to respond. *See id.*

2. If Petitioner elects to file a reply, she may do so **no later than 7 day**s after the Respondents' response is filed.

**SIGNED** on February 17, 2026.

                                            ORLANDO L. GARCIA
                                            United States District Judge